**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known): _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **3100 E. Imperial Investment, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2918626** |

| 4. | **Debtor's address** | **Principal place of business**<br><br>**6988 Beach Blvd, Suite B-215**<br>**Buena Park, CA 90621**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**3100 E. Imperial Highway Lynwood, CA 90262**<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor  **3100 E. Imperial Investment, LLC**_____    Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor   **3100 E. Imperial Investment, LLC** _____   Case number (*if known*) _____
     Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No<br>■ Yes. | | | |
|---|---|---|---|---|---|
| | List all cases. If more than 1, attach a separate list | Debtor **See Attachment**<br>District _____ | When _____ | Relationship _____<br>Case number, if known _____ | |

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. | Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|---|
| | | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____ |
| | | | ☐ It needs to be physically secured or protected from the weather. |
| | | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | | ☐ Other |
| | | | **Where is the property?** _____<br>   Number, Street, City, State & ZIP Code |
| | | | **Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

■ **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. | | |
|---|---|---|---|---|
| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **3100 E. Imperial Investment, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  __3100 E. Imperial Investment, LLC__    Case number (*if known*) _____
       Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __April 14, 2021__
            MM / DD / YYYY

X _/s/ [signature]_                              **Donald Chae**
Signature of authorized representative of debtor   Printed name

Title  __Designated Officer__

**18. Signature of attorney**    X _____    Date __April 14, 2021__
                                Signature of attorney for debtor         MM / DD / YYYY

__Ron Bender 143364__
Printed name

__Levene, Neale, Bender, Yoo & Brill L.L.P.__
Firm name

__10250 Constellation Blvd., Suite 1700__
__Los Angeles, CA 90067__
Number, Street, City, State & ZIP Code

Contact phone  __(310) 229-1234__    Email address  __rb@lnbyb.com__

__143364 CA__
Bar number and State

Debtor    **3100 E. Imperial Investment, LLC**        Case number (*if known*) _____
       Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 14, 2021**
                MM / DD / YYYY

X _____       **Donald Chae**
Signature of authorized representative of debtor       Printed name

Title    **Designated Officer**

**18. Signature of attorney**

X _/s/ Ron Bender_____       Date **April 14, 2021**
Signature of attorney for debtor                        MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Brill L.L.P.**
Firm name

**10250 Constellation Blvd., Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234**       Email address    **rb@lnbyb.com**

**143364 CA**
Bar number and State

Debtor **3100 E. Imperial Investment, LLC**    Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (*if known*) _____    Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Plamex Investment, LLC** | | Relationship to you | | **Affiliate** |
| District | **Central District of California, Santa Ana Division** | When | **4/14/21** | Case number, if known | |
| Debtor | **The Source Hotel, LLC** | | Relationship to you | | **Affiliate** |
| District | **Central District of California, Santa Ana Division** | When | **2/26/21** | Case number, if known | **8:21-bk-10525-ES** |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 6

### RESOLUTIONS OF 3100 E. IMPERIAL INVESTMENT, LLC
### AUTHORIZING FILING OF PETITION UNDER
### CHAPTER 11 OF THE BANKRUPTCY CODE

I, Donald Chae, hereby certify as follows:

1. I am the Manager of Placo Investment, LLC, the sole member of 3100 E. Imperial Investment, LLC (the "Company").

2. With the written consents of the two Independent Managers of the Company, the Company has authorized and duly enacted a resolution to file a Petition ("Petition") under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

3. In furtherance of the Petition, the following resolutions have been duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

> RESOLVED, that Donald Chae or his designee (the "Designated Officer") is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;
>
> FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Officer deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members;
>
> FURTHER RESOLVED, that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case; and
>
> FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the

Company to execute a pre-petition retainer agreement, and is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBYB as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

Dated: April l2, 2021

        **3100 E. IMPERIAL INVESTMENT, LLC, a Delaware limited liability company**

            By: Placo Investment, LLC,
            a Delaware limited liability company

        _____
        Donald Chae, Its Manager

**Fill in this information to identify the case:**

Debtor name: **3100 E. Imperial Investment, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 14, 2021**    X _/s/ Donald Chae_
                                    Signature of individual signing on behalf of debtor

**Donald Chae**
Printed name

**Designated Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **3100 E. Imperial Investment, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

# United States Bankruptcy Court
## Central District of California - Santa Ana

In re   **3100 E. Imperial Investment, LLC**                                   Case No.
                                        Debtor(s)                              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Placo Investment, LLC** | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Designated Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 14, 2021**                                    Signature   _/s/ Donald Chae_
                                                                         **Donald Chae**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**The Source Hotel, LLC**
**Chapter 11 Case No. 8:21-bk-10525-ES**
United States Bankruptcy Court for the Central District of California, Santa Ana Division
Honorable Erithe A. Smith
Chapter 11 case filed on February 26, 2021 (pending).
Real property interests: Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, Orange County, California [AIN 276-361-20 and 276-361-22, et al.].

**Plamex Investment, LLC**
**Chapter 11 Case**
United States Bankruptcy Court for the Central District of California, Santa Ana Division
Honorable Erithe A. Smith
Chapter 11 case filed on April 14, 2021.
Real property interests: Plaza Mexico, located at SWC Long Beach Boulevard and Imperial Highway, Lynwood, Los Angeles County, California 90262

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Buena Park**, California.

Date: **April 14, 2021**

**Donald Chae**
Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018    Page 1    F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**10250 Constellation Blvd., Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **143364 CA**<br>rb@lnbyb.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA**

| In re:<br><br>**3100 E. Imperial Investment, LLC**<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 14, 2021** _____     _____
                                                                              Signature of Debtor 1

Date: _____     _____
                                                                              Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **April 14, 2021** _____     _____
                                                                              Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                              F 1007-1.MAILING.LIST.VERIFICATION

3100 E. Imperial Investment, LLC
6988 Beach Blvd, Suite B-215
Buena Park, CA 90621


Ron Bender
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067


U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000


c/o CWCapital Investments LLC
7501 Wisconsin Ave., Suite 500 West
Attn: Chris McCormack
Bethesda, MD 20814


c/o Keybank Real Estate Capital
11501 Outlook Street, Suite 300
Attn: Stephen J. Friedman
Overland Park, KS 66211


c/o Keybank Real Estate Capital
11501 Outlook Street, Suite 300
Attn: Timothy R. Gruenenfelder
Overland Park, KS 66211


Natixis, New York Branch
1251 Avenue of the Americas
New York, NY 10020


Quarry Head 2017-1 Grantor Trust
c/o Waterfall Asset Management, LLC
1251 Ave. of the Americas, 50th Fl.
New York, NY 10020

```
Quarry Head 2017-1 Grantor Trust
c/o Waterfall Asset Management, LLC
1140 Ave. of the Americas, 7th Fl.
New York, NY 10036
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**10250 Constellation Blvd., Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **143364 CA**<br>**rb@lnbyb.com** | |

☑ *Attorney for:  Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**3100 E. Imperial Investment, LLC**<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Donald Chae**                                         , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                       F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a. [✓] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   **Placo Investment, LLC**

   b. [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

April 14, 2021                             By: _[signature]_
Date                                       Signature of Debtor, or attorney for Debtor

                                           Name: **Donald Chae**
                                           Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                F 1007-4.CORP.OWNERSHIP.STMT