| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>MONICA Y. KIM (SBN 180139)<br>JULIET Y. OH (SBN 211414)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Tel: (310) 229-1234; Fax: (310) 229-1244<br>Email: RB@LNBYB.com, MYK@LNBYB.COM; JYO@LNBYB.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  Santa Ana Division**

| | |
|---|---|
| In re: PLAMEX INVESTMENT, LLC,<br>a Delaware limited liability company,<br><br>Debtor(s)<br>------------------------------------------------------------------<br>In re: 3100 E. IMPERIAL INVESTMENT, LLC,<br>a Delaware limited liability company<br><br><br><br>Debtor(s)<br>_____<br><br>☒ Affects All Debtors<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ See attached for additional Debtors<br><br>Debtor(s) | LEAD CASE NO.: 8:21-bk-10958-ES<br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br>CASE NO.:  8:21-bk-10957-ES<br>CASE NO.:<br>CASE NO.:<br>CASE NO.:<br>CASE NO.:<br>☐ See attached for additional Case Numbers<br><br>**NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS**<br><br>**[LBR 1015-1]**<br><br>[No Hearing Required] |

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES:  An order was entered on (*date*) 04/15/2021___ granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as the caption of this notice.

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                                                                Page 1                                       **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court-approved form.

6. **Other**:

Date: 04/15/2021

By: /s/ Juliet Y. Oh
           Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*    Page 2    **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 15, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**   rb@lnbyb.com
- **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **Monica Y Kim**   myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Juliet Y Oh**   jyo@lnbrb.com, jyo@lnbrb.com
- **Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **April 15, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service List continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 15, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|
| April 15, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:21-bk-10958-ES
Central District of California
Santa Ana
Thu Apr 15 14:09:46 PDT 2021

Alamex Investment, LLC
6988 Beach Blvd
Suite B-215
Buena Park, CA 90621-6822

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

333 Fashion
24641 Maple Ln
Harbor City, CA 90710-4552

99 Cent Store & Up
1251 S. Montebello Blvd
Montebello, CA 90640-6447

A & S Fashion
3100 E. Imperial Hwy
Lynwood, CA 90262-3202

A Fashion Plus
20415 Berendo Ave
Torrance, CA 90502-1504

Abigai Pacheco, Irina Rossi, et al.
3100 E. Imperial Hwy, Unit J11
Lynwood, CA 90262-3202

Airbrush Nation
1004 N Pointsettia Ave APT D
Compton, CA 90221-2164

Aldo's Key Shop
3100 E Imperial Hwy #1323
Lynwood, CA 90262-3202

Alicia Vera Murillo
3100 E Imperial Hwy VCT17
Lynwood, CA 90262-3202

All City Footwear
4035 Santa Anita LN
Yorba Linda, CA 92886

Angel's Bridal
3100 E Imperial Hwy
Lynwood, CA 90262-3202

Angelica Fernandez Alvarez
13800 Parkcenter Ln
Tustin, CA 92782-8502

Antonio de la Cruz, an individual
11175 Lynden Street
Lynwood, CA 90262-2918

Arlene's Fashions
3100 E. Imperial Hwy B31005
Lynwood, CA 90262-3202

Art Craft & Religious
3100 E Imperial Hwy VCT09
Lynwood, CA 90262-3202

Art Nails
3100 E. Imperial Hwy Unit L9
Lynwood, CA 90262-3202

Autofin USA
3180 E. Imperial Hwy. #G
Lynwood, CA 90262-3215

Ave Beauty Supply
4020 Court Land Street
Lynwood, CA 90262

Azteca Jewelry
3100 E Imperial Hwy Unit E1
Lynwood, CA 90262-3202

BM Classic Portaits
68 Pomona Ave
Long Beach, CA 90803-3425

BW Sports & Hobbies
14015 Camino Del Oro
Riverside, CA 92508-2440

Beauty Zone
7526 Brookmill Rd.
Downey, CA 90241-4636

Bebe Craft
8901 Calden Ave, APT#405
South Gate, CA 90280-2678

Better & Best Building Service Inc.
1833 Avenida San Lorenzo
Fullerton, CA 92833-1821

Big Discount
3100 East Imperial Highway
Lynwood, CA 90262-3202

Bioncos La Huerta
8557 Orange Street
Downey, CA 90242-3644

Birreria Jalisco
3180 E. Imperial Hwy A2D
Lynwood, CA 90262-3228

Blanca Martinez
3100 E Imperial Hwy VKIO25
Lynwood, CA 90262-3202

| | | |
|---|---|---|
| Boom Boom Sounds<br>8827 Mel Dar Ave<br>Downey, CA 90240-2315 | Boost Mobile<br>3100 E. Imperial Hwy, Unit B3-1002<br>Lynwood, CA 90262-3202 | Bubbles Apparel<br>2839 Sycamore Avenue<br>La Crescenta, CA 91214-3920 |
| CWCapital Asset Management<br>900 19th Street NW, 8th Floor<br>Attn: Ariel Levin/Jake Hamel<br>Washington, DC 20006-2127 | Candle Light Bakery<br>3150 E. Imperial Hwy, Ste 102<br>Lynwood, CA 90262-3226 | Capital Cap & Embroidery<br>1621 South Highland Avenue #K<br>Fullerton, CA 92832-3547 |
| Carrera Consessions<br>3100 E Imperial Hwy<br>Lynwood, CA 90262-3202 | Casa Colima<br>3200 Mulford Ave, Unit 202<br>Lynwood, CA 90262-3227 | Cell Mart<br>1122 Teri Avenue<br>Torrance, CA 90503-5123 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chin Shoes<br>20019 Gridley Rd<br>Cerritos, CA 90703-6724 | Come Again<br>3307 Burton Ave<br>Lynwood, CA 90262-4815 |
| DF Wireless<br>3200 Mulford Ave. #103<br>Lynwood, CA 90262-3227 | Delicias Oaxaquenas<br>3100 E. Imperial Hwy  B11312<br>Lynwood, CA 90262-3202 | Diana Michel<br>3100 E. Imperial Hwy Unit H8<br>Lynwood, CA 90262-3202 |
| Diana Roman<br>3286 Burton Ave, APT A<br>Lynwood, CA 90262-4843 | Diana Yunhi Kim<br>1705 Downs Dr<br>Odessa, FL 33556 | Diz N Dat<br>2905 Claredon Avenue, Apt. E<br>Huntington Park, CA 90255-4461 |
| (p)DOLEX DOLLAR EXPRESS   INC<br>ATTN LAYBAA HERNANDEZ<br>701 HIGHLANDER BLVD<br>STE 300<br>ARLINGTON TX 76015-4340 | Domino's Pizza<br>15198 Downey Ave<br>Paramount, CA 90723-4594 | Dulce Vida<br>16031 Pioneer Blvd., Apt. H-6<br>Norwalk, CA 90650-7131 |
| El Azul Jewelry<br>Plaza Mexico Unit #P4Q5<br>3100 E. Imperial Hwy<br>Lynwood, CA 90262-3202 | El Pollo Real<br>3100 E. Imperial Hwy, Unit 3009<br>Lynwood, CA 90262-3202 | Elizabeth Adame<br>3307 Burton Ave<br>Lynwood, CA 90262-4815 |
| Enciso Realty<br>249 S. Occidental Blvd #315<br>Los Angeles, CA 90057-1252 | Enrika Ochoa<br>3100 E Imperial Hwy Unit D7<br>Lynwood, CA 90262-3202 | Epax Systems, Inc.<br>14641 Arminta Street<br>Panorama City, CA 91402-5901 |
| F4 Jewelry<br>3100 E Imperial Hwy Unit F4<br>Lynwood, CA 90262-3202 | Family Acupuncture & Herb Clinic<br>3150 E. Imperial Hwy B8-206<br>Lynwood, CA 90262-3223 | Fancy Jewelry<br>1512 Amherst Ave Suite 206<br>Los Angeles, CA 90025-3665 |

Farmacia Natural
20323 Dorothy Street
Santa Clarita, CA 91350-3692

Farmacia Natural
3100 E Imperial Hwy Unit S9
Lynwood, CA 90262-3202

Farmacia Naturista Mexicana
3100 E Imperial Hwy Unit E2
Lynwood, CA 90262-3202

Farmers Insurance Agency
3150 E. Imperial Hwy, #113
Lynwood, CA 90262-3226

Faro Optometry
27381 Glenwood Drive
Mission Viejo, CA 92692-5004

Fashion Qrew
1324 E. Washington Blvd
Los Angeles, CA 90021-3038

Fashion Time
3100 E. Imperial Hwy Unit J2J3
Lynwood, CA 90262-3202

First Aid Urgent Care
7204 Foothill Boulevard
Tujunga, CA 91042-2719

Flor Paredes
11436 Peach St
Lynwood, CA 90262-4245

Flores Bautista Gloria O.
1433 Kingsmill Ave
Rowland Heights, CA 91748-2308

GTO Security
2202 S Figueroa Street, Suite 134
Los Angeles, CA 90007-2049

Global Jewelry
8247 Haseltime
Buena Park, CA 90621-1328

Gloria Flores
1433 Kingsmill Avenue
Rowland Heights, CA 91748-2308

Grainger
1050 W. Walnut Street
Compton, CA 90220-5112

Grupo Concordia LA
5919 San Miguel Road
Bonita, CA 91902-2923

Grupo Pakar LLC
9595 Six Pines Drive Suite 8210
The Woodlands, TX 77380-1642

Guillermo CamberosPreciado
307 E. Jefferson Blvd Suite 328
Los Angeles, CA 90011-2334

Han's Toy
3100 E Imperial Hwy
Lynwood, CA 90262-3202

Happy Chinese
3100 East Imperial Highway
Lynwood, CA 90262-3202

Happy Land
6732 Los Verdes Dr. #3
Rancho Palos Verdes, CA 90275-5518

Happy Rice
3100 E. Imperial Hwy #3008
Lynwood, CA 90262-3202

Hermandad Mexicana Legal Centers
210 W. Adams Blvd
Los Angeles, CA 90007-2653

Hip Hop Zone
3100 E. Imperial Hwy #1009
Lynwood, CA 90262-3202

Hoon Ko
1621 S. Highland Ave Apt K
Fullerton, CA 92832-3547

Inti Arts & Craft
3100 E Imperial Hwy
Lynwood, CA 90262-3202

Ivette By Mitzy
2633 McKinney Ave Ste 130-363
Dallas, TX 75204-2581

JPL Event Enterprise LLC
1238 South Beach Blvd
Anaheim, CA 92804-4828

Jang's Men's Fashion
3100 E. Imperial Hwy
Lynwood, CA 90262-3202

Jesus Garcia
11145 Bellinger Street
Lynwood, CA 90262-2464

Jesus Garcia
11145 Bellinser
Lynwood, CA 90262-2464

| | | |
|---|---|---|
| Jewelry and Beauty Inc<br>5500 Torrance Blvd, C132<br>Torrance, CA 90503-4076 | Jimmy Choi<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 | Jong R Jang<br>3100 E Imperial Hwy<br>Lynwood, CA 90262-3202 |
| Jose Alan Sandoval<br>15137 San Jose Ave<br>PARAMOUNT, CA 90723-3722 | Jose Alan Sandoval Iniguez<br>15137 San Jose Ave<br>PARAMOUNT, CA 90723-3722 | Jose Alan Sandoval-Iniquez<br>15137 San Jose Ave<br>Paramount, CA 90723-3722 |
| Jose Gutierrez-Torres<br>15137 San Jose Ave<br>Paramount, CA 90723-3722 | Joy Sports Wear<br>3100 E. Imperial Hwy Unit F5<br>Lynwood, CA 90262-3202 | Kat's Lingerie<br>1735 Lincoln Ave #40<br>Torrance, CA 90501-4726 |
| Kid's Love<br>1413 Lomita Blvd Suite 3<br>Harbor City, CA 90710-5415 | Kiddie World<br>1936 Delmesa Ave<br>Hacienda Heights, CA 91745-4222 | Kiddie World II<br>1936 Delmesa Ave<br>Hacienda Heights, CA 91745-4222 |
| Kone Inc.<br>1821 Tyburn Street<br>Glendale, CA 91204-2922 | L' Dorado Jewelry<br>3100 E Imperial Hwy Unit D6<br>Lynwood, CA 90262-3202 | LA Michoacana<br>2506 W. Adams<br>Santa Ana, CA 92704-5547 |
| La Casa De La Novia<br>11641 State St<br>Lynwood, CA 90262-4124 | La Parisina<br>9728 Brookgreen Rd<br>Downey, CA 90240-2505 | Leticia Torres<br>3796 Millstone Court<br>Pomona, CA 91766-4679 |
| Libreria Libertadores, LLC<br>3351 Marine Ave APT 42<br>Gardena, CA 90249-3946 | LimNexus LLP<br>707 Wilshire Boulevard, 46th Floor<br>Los Angeles, CA 90017-3612 | Lizette M. Cortez<br>12852 Lakewood Blvd, Apt 1<br>Downey, CA 90242-4639 |
| Lucky Gold<br>3100 East Imperial Highway, Unit I7<br>Lynwood, CA 90262-3202 | Luis Fernando Alcantar-Rojo<br>10111 State Street<br>Lynwood, CA 90262-1545 | Lynwood Alteration<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 |
| Lynwood Auto Accessories<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 | Lynwood United Medical<br>3150 E. Imperial Hwy., Ste. 203<br>Lynwood, CA 90262-3226 | MG Colombian Boutique<br>9728 Brookgreen Rd<br>Downey, CA 90240-2505 |
| Mago's Acupuncture<br>3100 E. Imperial Hwy Unit B5<br>Lynwood, CA 90262-3202 | Marci Pizza<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 | Marco Antonio Juarez Cruz<br>11166 Penn St<br>Lynwood, CA 90262-2423 |

```
Maria Luisa Rojo Alvarez          Mariscos El Rey                        Mariscos Rio Balsas
10960 Duncan Avenue               3100 E. Imperial Hwy Ste. #3002        3100 E Imperial Hwy Unit Q11
Lynwood, CA 90262-3047            Lynwood, CA 90262-3202                 Lynwood, CA 90262-3202


Marquez Trading                   Marshmallow                            Mauro Valdez Sandoval
3100 E. Imperial Hwy Ste#1301     1413 Lomita Blvd Suite 3               1623 E. 117 Place
Lynwood, CA 90262-3202            Harbor City, CA 90710-5415             Los Angeles, CA 90059-2513


Mean Chix, Inc. - Hot Chix        Mike Kim / T-Mobile                    Milbes Men's Wear
772 N. Van Ness Avenue Apt 6      3100 E. Imperial Hwy, Unit #B2-1203    3100 E. Imperial Hwy Unit O234
Los Angeles, CA 90038-3128        Lynwood, CA 90262-3202                 Lynwood, CA 90262-3202


Militar's Cut Unisex              MoMo Trading                           Mr. Hammer Shoes
6037 Priory St                    3100 E Imperial Hwy                    3100 E. Imperial Hwy, Unit P10B
Bell Gardens, CA 90201-4744       Lynwood, CA 90262-3202                 Lynwood, CA 90262-3202


Mundo de Artesanias               Muzak                                  Natixis, New York Branch
3100 E Imperial Hwy VKIO24        3318 Lakemont Blvd.                    1251 Avenue of the Americas
Lynwood, CA 90262-3202            Fort Mill, SC 29708-8309               New York, NY 10020-1104


New Trends Clothing, Inc.         North American Amusements              Nueva Vision Optical
6602 Gifford Ave                  1502 Foothill Blvd                     3100 E. Imperial Hwy #1109
Bell, CA 90201-2406               Suite 103 PMB 218                      Lynwood, CA 90262-3202
                                  La Verne, CA 91750-3439


Officenet, Inc.                   One Hour Photo                         Pang Pang Donuts
10410 Pioneer Blvd Suite 2        3100 East Imperial Highway             3100 East Imperial Highway
Santa Fe Springs, CA 90670-8222   Lynwood, CA 90262-3202                 Lynwood, CA 90262-3202


Perfecto Nails                    Perfumes and Hair Products             Perkins Coie LLP
3100 East Imperial Highway        3150 E. Imperial Hwy #101              1888 Century Park East, Suite 1700
Lynwood, CA 90262-3202            Lynwood, CA 90262-3226                 Attn: Mark Birnbaum
                                                                         Los Angeles, CA 90067-1721


Perkins Coie LLP                  Pho VNK                                Pink Melon
2901 N. Central Ave., Suite 2000  3180 E. Imperial Hwy, Suite C          22920 Entoril Dr. Suite 1
Attn: Liana W. Spendlove          Lynwood, CA 90262-3215                 Diamond Bar, CA 91765-5409
Phoenix, AZ 85012-2740


Pinky's Threading                 Pkim, Inc.                             Planet Fitness
3100 E. Imperial Hwy #1107        4540 Campus Drive, Suite 123           125 E. Elm Street, Suite 300
Lynwood, CA 90262-3202            Newport Beach, CA 92660-1815           Conshohocken, PA 19428-4150
```

Point Exterminators Inc.
1612 Arlington Avenue
Los Angeles, CA 90019-6219

Pretzerie
3961 Via Marisol APT#318
Los Angeles, CA 90042-4973

Primo's Pet Shop
4221 Shirley Ave
Lynwood, CA 90262-2939


Pro Sports
18529 Stonegate Ln
Rowland Heights, CA 91748-5157

Professional Documents, Inc.
3150 E. Imperial Hwy B8107
Lynwood, CA 90262-3223

Progreso Financiero
2 Circle Star Way
San Carlos, CA 94070-6200


Rachel's Secret
10609 Newville Avenue
Downey, CA 90241-3044

Rainbow Beauty
525 N Gilbert St # 62
Anaheim, CA 92801-5027

Ray's Fashion
3100 East Imperial Highway
Lynwood, CA 90262-3202


Real De Oaxaca
11215 Long Beach Blvd #1010
Lynwood, CA 90262-4293

Ricardo Gonzalez
8616 S Main Street
Los Angeles, CA 90003-3402

Rinconcito Poblano
3100 E. Imperial Hwy B13007
Lynwood, CA 90262-3202


Robert's Fashion
3100 E Imperial Hwy Unit D4
Lynwood, CA 90262-3202

Roberto Navarro
2729 NEBRASKA AVE APT#C
SOUTH GATE, CA 90280-4065

Rosarios y Pulseras Estilo Sinaloa
2731 Nebraska Ave Apt C
South Gate, CA 90280-4068


Rosy's Beauty Salon
3150 E. Imperial Hwy B8110 & 111
Lynwood, CA 90262-3223

S.M. Foot Wear
3100 E. Imperial Hwy Unit H5H6
Lynwood, CA 90262-3202

Sang Gyu Shin
10972 Golden Rod St
Redlands, CA 92373-4249


Say Cheese Photo
3100 E. Imperial Hwy #B2-1104
Lynwood, CA 90262-3202

Shoes 4 Less
3117 Rimrock Cic
Fullerton, CA 92833-5525

Snow Factory
3580 WILSHIRE BLVD STE 1655
Los Angeles, CA 90010-2519


Southern California Edison
2244 Walnut Grove Avenue
Rosemead, CA 91770-3714

Spacetel LA Inc. - Cricket Wireless
3100 E. Imperial Hwy, Unit B2-1103
Lynwood, CA 90262-3202

Sport Time
8571 Cedar St
Bellflower, CA 90706-6301


Sri Eyebrow Threading and Nails
11225 Long Beach Blvd #202
Lynwood, CA 90262-4287

Stacy Han
9475 Rosemarie Ct
Cypress, CA 90630-2858

Star Buffet Lynwood
11383 Long Beach Blvd
Lynwood, CA 90262-3300


Stephanie's Lingerie
2941 Wisconsin Ave
South Gate, CA 90280-5646

Street Cellular
11282 Streamfield Center
Riverside, CA 92505-5713

Sun Hye Chung
4115 W 182nd St., Suite 14
Torrance, CA 90504-4728

Sun Pac Containers
23222 Olive Avenue
Lake Forest, CA 92630-5330

Sung Byong Lee
4033 Santa Anita Ln
Yorba Linda, CA 92886-7013

Sunny Fashion
3185 Wilshire Blvd Suite 281
Los Angeles, CA 90010-1248


Super Image Factory
3100 E. Imperial Hwy Ste #1321
Lynwood, CA 90262-3202

Sweet Stone Jewelry
135 Islington
Irvine, CA 92620-1227

TJ Nails Spa
11337 Long Beach Blvd
Lynwood, CA 90262-3300


TS Discount
7860 Paramount BL, J-39
Pico Rivera, CA 90660-4311

TacoTento
3100 E. Imperial Hwy, Unit P10B
Lynwood, CA 90262-3202

Tacos Don Luis
3981 Le Sage St.
Lynwood, CA 90262-2823


Tamales
3100 E. Imperial Hwy Unit 1310
Lynwood, CA 90262-3202

Tesoro Jewelry
315 Wild Ginger
Yorba Linda, CA

The Kickin' Crab
3170 Imperial Hwy B4B102
Lynwood, CA 90262-3200


The Lynwood Redevelopment Agency
11330 Bullis Road
Lynwood, CA 90262-3662

Top Fashion
3100 E Imperial Hwy Unit E3
Lynwood, CA 90262-3202

Top Fashion
3100 E. Imperial Hwy Unit H7I6
Lynwood, CA 90262-3202


Torres Enterprise Corp.
426 N Main Street
Elkhart, IN 46516-3032

Tortas Ahogadas
3100 Imperial Hwy, Ste B1-3001
Lynwood, CA 90262-3202

Twin Scoop Ice Cream
1410 S Dwight Ave
Compton, CA 90220-4548


U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000

Una Mexicana Que Fruta Vendia
7123 Rio Flora Place
Downey, CA 90241-2028

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500


Usama Awadallah
5832 Newman Street
Cypress, CA 90630-3323

Vergara Insurance Service, Inc.
3100 East Imperial Hwy Unit U6
Lynwood, CA 90262-3202

Veronica's Insurance
290 W. Orange Show Rd Suite 100
San Bernardino, CA 92408-3345


Victoria
3100 East Imperial Highway
Lynwood, CA 90262-3202

Virginia Jovel
13257 Deming Street
Downey, CA 90242-5255

Vivian's Bakery
3100 East Imperial Highway
Lynwood, CA 90262-3202


Waste Resources, Inc.
23 Corporate Plaza Drive, Suite 247
Newport Beach, CA 92660-7934

Wateria
3100 E. Imperial Hwy B2/1209
Lynwood, CA 90262-3202

Wedding Chapel
3150 E. Imperial Hwy B8106
Lynwood, CA 90262-3226

| | | |
|---|---|---|
| Wells Fargo Bank, N.A., as Trustee<br>Morgan Stanley Cap I Trust 2016-UBS<br>9062 Old Annapolis Road<br>Columbia, MD 21045-2479 | Wesco Specialist, Inc.<br>1031 Lime Tree Place<br>Fullerton, CA 92833-4786 | X-Phone<br>4960 Adriano Drive<br>Cypress, CA 90630-3524 |
| Yogurt de Armo<br>3100 E. Imperial Hwy, Unit #B31003<br>Lynwood, CA 90262-3202 | Yogurtland<br>11215 Long Beach Blvd. #1007<br>Lynwood, CA 90262-4293 | Yon Kyung Choi dba Lucky Accessorie<br>3100 E. Imperial Hwy., Unit F1<br>Lynwood, CA 90262-3202 |
| Yoshiharu Ramen Express<br>15476 Canon Lane<br>Chino Hills, CA 91709-5240 | Young Electric Sign Company<br>6725 W Chicago Street<br>Chandler, AZ 85226-3335 | |

**Quarry Head 2017-1 Grantor Trust**
**c/o Waterfall Asset Management, LLC**
**1140 Ave. of the Americas, 7th Fl.**
**New York, NY 10036-5803**

**Quarry Head 2017-1 Grantor Trust**
**c/o Waterfall Asset Management, LLC**
**1251 Ave. of the Americas, 50th Fl.**
**New York, NY 10020-1122**

**c/o CWCapital Investments LLC**
**7501 Wisconsin Ave., Suite 500 West**
**Attn: Chris McCormack**
**Bethesda, MD 20814-6581**

c/o Keybank Real Estate Capital
11501 Outlook Street, Suite 300
Attn: Stephen J. Friedman
Overland Park, KS 66211-1807

c/o Keybank Real Estate Capital
11501 Outlook Street, Suite 300
Attn: Timothy R. Gruenenfelder
Overland Park, KS 66211-1807