| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>RON BENDER (SBN 143364)<br>MONICA Y. KIM (SBN 180139)<br>JULIET Y. OH (SBN 211414)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234; Facsimile: (310) 229-1244<br>Email: RB@LNBYB.com; MYK@LNBYB.com; JYO@LNBYB.com | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 15 2021**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte    DEPUTY CLERK |
|---|---|
| ☒    *Attorney for:* Chapter 11 Debtors and Debtors in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>PLAMEX INVESTMENT, LLC, a Delaware limited liability company,<br>                                                                 Debtor<br>------------------------------------------------------------------<br>In re:<br><br>3100 E. IMPERIAL INVESTMENT, LLC, a Delaware limited liability company,<br>                                                                 Debtor<br>_____<br><br>☒ Affects Both Debtors<br>☐ Affects Plamex Investment, LLC only<br>☐ Affects 3100 E. Imperial Investment LLC only<br><br>                                                              Debtor(s) | LEAD CASE NO.: 8:21-bk-10958-ES<br><br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br><br>CASE NO.: 8:21-bk-10957-ES<br><br><br>**ORDER ☒ GRANTING ☐ DENYING MOTION TO APPROVE JOINT ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]**<br><br>[No Hearing Required] |
|---|---|

On (*date*) April 14, 2021, a motion was filed requesting approval of joint administration of the cases identified in the caption above, with the lead case being In re Plamex Investment, LLC, case number 8:21-bk-10958-ES.

Having reviewed the motion, IT IS ORDERED THAT:

1. The motion is:  ☒ Granted    ☐ Denied

2. Promptly upon entry of an order granting a motion to approve joint administration:

    a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

December 2014                                              Page 1                          F 1015-1.1.ORDER.JOINT.ADMINISTRATION

b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3. Other:

###

Date: April 15, 2021

Erithe Smith
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*    Page 2    **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**