1  David M. Neff, III, Bar. No. 6190202
   (*pro hac vice to follow*)
2  DNeff@perkinscoie.com
   Amir Gamliel, Cal. Bar No. 268121
3  AGamliel@perkinscoie.com
   PERKINS COIE LLP
4  1888 Century Park E., Suite 1700
   Los Angeles, CA  90067-1721
5  Telephone:  310.788.9900
   Facsimile:  310.788.3399
6
   Attorneys for Secured Creditor
7  Wells Fargo Bank, National Association, as Trustee
   for Morgan Stanley Capital I Trust 2016-UBS11,
8  Commercial Mortgage Pass-through Certificates,
   Series 2016-UBS11, and on Behalf of the Holders of
9  any Related Serviced Subordinate Companion Loan
   or Serviced Companion Loan
10

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re | Case No.  8:21-BK-10958-ES |
|---|---|
| PLAMEX INVESTMENT, LLC, | Chapter: 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that secured creditor Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS11, Commercial Mortgage Pass-through Certificates, Series 2016-UBS11, and on Behalf of the Holders of any Related Serviced Subordinate Companion Loan or Serviced Companion Loan (the "***Trust***") hereby appears and under, *inter alia*, Bankruptcy Rules 2002, 9007, 9010 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon counsel

60642-1012/152169124.1

Notice of Appearance and Request for Special Notice

for the Trust in the above-referenced case:

>David M. Neff, III, Bar. No. 6190202
>DNeff@perkinscoie.com
>Amir Gamliel, Cal. Bar No. 268121
>AGamliel@perkinscoie.com
>PERKINS COIE LLP
>1888 Century Park East, Suite 1700
>Los Angeles, CA 90067
>Telephone:  310.788.9900
>Facsimile:  310.788.3399

PLEASE TAKE FURTHER NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed, by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including the Trust, with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by the Trust.

PLEASE TAKE FURTHER NOTICE that the Trust intends that neither this Entry of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) the Trust's right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) the Trust's right to trial by jury in any proceeding so triable in this case or any case, (3) the Trust's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Trust is or may be entitled under agreements, in law or in equity, all

/ / /

/ / /

of which rights, claims, actions, defenses, setoffs, and recoupments the Trust expressly reserves, and (5) the Trust's rights to dismiss or convert the within case.

DATED: April 15, 2021    **PERKINS COIE LLP**

By: /s/ Amir Gamliel
    Amir Gamliel, Bar No. 268121
    AGamliel@perkinscoie.com

Attorneys for Secured Creditor
Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS11, Commercial Mortgage Pass-through Certificates, Series 2016-UBS11, and on Behalf of the Holders of any Related Serviced Subordinate Companion Loan or Serviced Companion Loan

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1888 Century Park East, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document(s) described as

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 15, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 15, 2021 | Caroline Mallahi | /s/ Caroline Mallahi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

ATTACHED SERVICE LIST

- **Ron Bender**     rb@lnbyb.com
- **Nancy S Goldenberg**     nancy.goldenberg@usdoj.gov
- **Monica Y Kim**     myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Juliet Y Oh**     jyo@lnbrb.com, jyo@lnbrb.com
- **Ronald N Richards**     ron@ronaldrichards.com, morani@ronaldrichards.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov